[L. A. No. 13218. In Bank.—April 3, 1933.]

H. T. THOMPSON, Appellant, v. A. L. NELSON et al., Respondents.

J. L. Royle and Frank L. Hain for Appellants.

M. F. McCormick, Ivan G. McDaniel, Maynard Garrison and Spencer Austrian for Respondents.

THE COURT.— The issues in this case are identical with those involved in *Martin* v. *Nelson*, (L. A. No. 12864) *ante*, p. 669 [20 Pac. (2d) 938], this day decided. On the authority of that case the judgment is reversed.